**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-2122**

———————

CHARLES WILLIAM LEVY,

Plaintiff - Appellant,

versus

FRESH FIELDS MARKET, INCORPORATED,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, District Judge. (CA-96-742-A)

———————

Submitted: October 17, 1996      Decided: October 23, 1996

———————

Before MURNAGHAN and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Charles William Levy, Appellant Pro Se. Nicholas Drakoulis Vlissides, VLISSIDES & KEISLER, P.C., Fairfax, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint for want of state action. We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>